## Kessler Unemployment Compensation Case.

Argued March 18, 1965. *Reuben Kessler,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.

## Kovalchick Unemployment Compensation Case.

Argued March 18, 1965. *Peter Kovalchick,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.

## Morrison, Appellant, *v.* Baurer.

Argued March 19, 1965. *Thomas F. McDevitt,* with him *Sheer, McDevitt & Mazzocone,* for appellant; *David F. Kaliner,* for appellee.

Order affirmed.

FLOOD, J., absent.